IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATORRI RASHAUD MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-644-MEF |
| MIKE SMITH, *et al.,* | ) |
| Defendants. | ) |

## **O R D E R**

On October 17, 2011, the Magistrate Judge filed a Recommendation (Doc. #15) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE this the 29th day of November, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE